**MAKAREM & ASSOCIATES, APLC**
Ronald W. Makarem, Esq. (State Bar No. 180442)
Jean-Paul Le Clercq, Esq. (State Bar No. 248818)
11601 Wilshire Boulevard, Suite 2440
Los Angeles, California 90025-1760
Phone: (310) 312-0299; Fax: (310) 312-0296

Michael H. Kim, Esq. (SB# 200792)
**LAW OFFICES OF MICHAEL H. KIM, PC**
475 El Camino Real, Suite 309
Millbrae, California 94030
Phone: (650) 697-8899; Fax: (650) 697- 8896

Attorneys for Plaintiffs NORMA SERRANO and MARIA GRANDE, individually and on behalf of all those similarly situated

# UNITED STATE DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA SERRANO, an Individual; MARIA GRANDE, an Individual; and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> BAY BREAD LLC, a Delaware Limited Liability Company doing business in California; AEROTEK, INC., a Maryland Corporation doing business in California; FULLBLOOM BAKING LLC., a California Limited Liability Company; FULLBLOOM BAKING, INC., a California Corporation; and DOES 1 through 20, inclusive. <br><br> Defendants. | CASE NO.: 3:14-cv-01087 LB <br><br> **PLAINTIFF'S REQUEST TO APPEAR BY ~~COURTCALL~~; TELEPHONE ~~[PROPOSED]~~ ORDER** <br><br> IT IS SO ORDERED AS MODIFIED <br><br> Date:  June 16, 2014 <br> Time:  1:30 p.m. <br> Judge: The Honorable Thelton E. Henderson |

Counsel for Plaintiffs, Jean-Paul Le Clercq, requests permission from the Court to appear by Courtcall at the Case Management Conference scheduled for June 16, 2014 at 1:30 p.m. as he will be in Los Angeles.

Dated: June 6, 2014

**MAKAREM & ASSOCIATES, APLC**
**MICHAEL H. KIM, P.C.**

By: _____
Ivan Moe
Attorneys for Plaintiffs

# [~~PROPOSED~~] ORDER

IT IS SO ORDERED that Plaintiff's counsel, Jean-Paul Le Clercq, can appear by ~~Courtcall~~ telephone for the Case Management Conference on June 16, 2014 at 1:30 p.m.

Dated: _____06/09_____, 2014



_____
HON. THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Thelton E. Henderson