**AKIN GUMP STRAUSS HAUER & FELD LLP**
GREGORY W. KNOPP (SBN 237615)
MARK R. CURIEL (SBN 222749)
JONATHAN S. CHRISTIE (SBN 294446)
gknopp@akingump.com
mcuriel@akingump.com
christiej@akingump.com
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone:   310-229-1000
Facsimile:   310-229-1001

Attorneys for Defendant
BAY BREAD LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA SERRANO, an individual; MARIA GRANDE, an individual; and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>BAY BREAD LLC, a Delaware Limited Liability Company doing business in California; AEROTEK, Inc., a Maryland Corporation doing business in California; FULLBLOOM BAKING LLC, a California Limited Liability Company; FULLBLOOM BAKING, INC., a California Corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　　　　Defendants | Case No. 14-cv-01087-TEH<br><br>[Honorable Thelton E. Henderson]<br><br>**DEFENDANT BAY BREAD LLC'S REQUEST AND [~~PROPOSED~~] ORDER TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Date:　June 16, 2014<br>Time:　1:30 p.m.<br>Place:　Courtroom 12<br><br>Date Action Filed:　　January 15, 2014<br><br>Date Action Removed:　March 10, 2014 |

Pursuant to the Court's Civil Standing Order No. 4, defendant Bay Bread LLC's undersigned counsel, located in Los Angeles, respectfully requests permission to appear telephonically at the June 16, 2014 case management conference.  Plaintiffs' counsel informed Bay Bread's counsel that they have no objection to this request.

Dated: June 6, 2014

AKIN GUMP STRAUSS HAUER & FELD LLP
Gregory W. Knopp
Mark R. Curiel
Jonathan S. Christie

By  */s/ Gregory W. Knopp*
Gregory W. Knopp
Attorneys for Defendant
Bay Bread LLC

Good cause appearing, Bay Bread LLC's counsel is hereby granted permission to appear telephonically at the June 16, 2014 case management conference.

IT IS SO ORDERED.

Dated: June __9__, 2014

By _____
Honorable Judge Thelton E. Henderson

1
DEFENDANT BAY BREAD LLC'S REQUEST TO APPEAR TELEPHONICALLY
CASE NO. 14-cv-01087-TEH