MAKAREM & ASSOCIATES, APLC
Ronald W. Makarem, Esq. (State Bar No. 180442)
Jean-Paul Le Clercq, Esq. (State Bar No. 248818)
11601 Wilshire Boulevard, Suite 2440
Los Angeles, California 90025-1760
Phone: (310) 312-0299; Fax: (310) 312-0296

Michael H. Kim, Esq. (SB# 200792)
**LAW OFFICES OF MICHAEL H. KIM, PC**
475 El Camino Real, Suite 309
Millbrae, California 94030
Phone: (650) 697-8899; Fax: (650) 697- 8896

Attorneys for Plaintiffs NORMA SERRANO and MARIA GRANDE, individually and on behalf of all those similarly situated

# UNITED STATE DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA SERRANO, an Individual; MARIA GRANDE, an Individual; and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BAY BREAD LLC, a Delaware Limited Liability Company doing business in California; AEROTEK, INC., a Maryland Corporation doing business in California; FULLBLOOM BAKING LLC., a California Limited Liability Company; FULLBLOOM BAKING, INC., a California Corporation; and DOES 1 through 20, inclusive.<br><br>Defendants. | CASE NO.: 3:14-cv-01087 TEH<br><br>**PLAINTIFF'S REQUEST TO APPEAR BY ~~COURTCALL~~; TELEPHONE [~~PROPOSED~~] ORDER**<br><br>Date:  July 21, 2014<br>Time:  1:30 p.m.<br>Judge: The Honorable Thelton E. Henderson |

Counsel for Plaintiffs, Jean-Paul Le Clercq, requests permission from the Court to appear by Courtcall at the Case Management Conference scheduled for July 21, 2014 at 1:30 p.m. as he will be in Los Angeles.

Dated: July 3, 2014

**MAKAREM & ASSOCIATES, APLC**
**MICHAEL H. KIM, P.C.**

By: /s/ *Jean-Paul Le Clercq*
JEAN-PAUL LE CLERCQ
Attorneys for Plaintiffs

## [~~PROPOSED~~] ORDER

IT IS SO ORDERED that Plaintiff's counsel, Jean-Paul Le Clercq, can appear by ~~Courtcall~~ telephone for the Case Management Conference on July 21, 2014 at 1:30 p.m.

Dated: _____07/09_____, 2014

_____
HON. THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

Printed on recycled paper       -3-
REQUEST TO APPEAR BY COURTCALL