**MAKAREM & ASSOCIATES, APLC**
Ronald W. Makarem, Esq. (State Bar No. 180442)
Jean-Paul Le Clercq, Esq. (State Bar No. 248818)
11601 Wilshire Boulevard, Suite 2440
Los Angeles, California 90025-1760
Phone: (310) 312-0299; Fax: (310) 312-0296

Michael H. Kim, Esq. (SB# 200792)
**LAW OFFICES OF MICHAEL H. KIM, PC**
475 El Camino Real, Suite 309
Millbrae, California 94030
Phone: (650) 697-8899; Fax: (650) 697-8896

Attorneys for Plaintiffs NORMA SERRANO and MARIA GRANDE, individually and on behalf of all those similarly situated

# UNITED STATE DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA SERRANO, an Individual; MARIA GRANDE, an Individual; and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> BAY BREAD LLC, a Delaware Limited Liability Company doing business in California; AEROTEK, INC., a Maryland Corporation doing business in California; FULLBLOOM BAKING LLC., a California Limited Liability Company; FULLBLOOM BAKING, INC., a California Corporation; and DOES 1 through 20, inclusive. <br><br> Defendants. | CASE NO.: 3:14-cv-01087 TEH <br><br> **PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE AND MOTIONS HEARING; [PROPOSED] ORDER** <br><br> Date: September 8, 2014 <br> Time: <br> Judge: Hon. Thelton E. Henderson |

**DENIED**
Judge Thelton E. Henderson

Counsel for Plaintiffs, Jean-Paul Le Clercq, requests permission from the Court to appear telephonically at the Case Management Conference and hearing on motions for remand and more definite statement scheduled for September 8, 2014 at 10:00 a.m. as he will be in Los Angeles.

Dated: September 2, 2014

**MAKAREM & ASSOCIATES, APLC**
**MICHAEL H. KIM, P.C.**

By: /s/ *Jean-Paul Le Clercq*
JEAN-PAUL LE CLERCQ
Attorneys for Plaintiffs

# [PROPOSED] ORDER

IT IS SO ORDERED that Plaintiff's counsel, Jean-Paul Le Clercq, can appear telephonically for the Case Management Conference and hearing on motions for remand and more definite statement on September 8, 2014 at 10:00 a.m.

**DENIED**
*Judge Thelton E. Henderson*

Dated: _____                    _____
                                                                                   HON. THELTON E. HENDERSON
                                                                                   UNITED STATES DISTRICT JUDGE